**Order entered September 19, 2017**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00758-CR

### MARK ANTHONY LEWIS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 194th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F17-51348-M

## ORDER

The reporter's record was due August 8, 2017. By postcard dated August 9, 2017, we notified court reporter Belinda Baraka that the record was overdue and directed her to file the reporter's record within thirty days. To date, the record has not been filed and we have had no communication from Ms. Baraka.

We **ORDER** court reporter Belinda Baraka to file the complete reporter's record in the above appeal within **FIFTEEN DAYS** of the date of this order. Ms. Baraka is cautioned that the failure to do so will result in the Court taking whatever action it deems appropriate to ensure that this appeal proceeds in a timely fashion, which may include ordering that she not sit as a court reporter until the record in this appeal is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.


/s/     LANA MYERS
              JUSTICE